Local Form 4A                                                                                                                June 2015

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

In re: RAY, GORDON THOMPSON            )        Case No.  16-31189
                                       )
                                       )        Chapter 13
                                       )
TIN: XXX-XX-5962                       )
                          Debtor       )

*AMENDMENT TO:*

**CHAPTER 13 PLAN, INCLUDING NOTICE OF MOTION(S) FOR VALUATION;
MOTION(S) TO AVOID CERTAIN LIENS; MOTION(S) FOR ASSUMPTION AND
REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES; AND NOTICE OF
OPPORTUNITY FOR HEARING ON CONFIRMATION OF THE PLAN INCLUDING ALL MATTERS AS
SET FORTH IN THE PLAN,
FOR CASES FILED ON OR AFTER JUNE 1, 2015**

Check for motions applicable to this plan amendment:

**( x )  Motion to Value Liens Includes Valuation of Property Securing A Claim
( )  Motion to Value Liens includes Valuation of Property Securing A Claim in an Amount Less
        than the Amount of the Claim
( )  Motion to Avoid Liens § 522(f)
( )  Motion to Assume  Executory Contracts(s) and Unexpired Leases
( )  Motion to Reject Executory Contract(s) and Unexpired Leases
( )  No motions applicable to this plan amendment**

The Chapter 13 Plan, including certain motions and other provisions, is hereby **amended** as follows:

**CLASSIFICATION AND TREATMENT OF CLAIMS**

**2.    Secured Claims**

   a. Treatment of Secured Claims [using treatment terms shown in ¶ 4a of the Plan attached]:

| Creditor | Collateral | Value of Coll. | Claim Amt. | Treatment | Int. Rate |
|---|---|---|---|---|---|
| Greentree Servicing | 304 Hannah Way, Bridgewater, NJ | $250,000.00 | $305,000.00 | surrender | |

2.1 Greentree Servicing.  The Debtor does not have an interest in the collateral located at 304 Hannah Way Bridgewater, NJ.  As part of the pending equitable distribution case with his ex-wife, Ingrid Ray, the Debtor quit claimed his interest in the collateral to her.   The Debtor hereby agrees to relief from stay on behalf of Greentree to pursue foreclosure or other debt collection remedy.

**3.    Priority Claims**

   a. Section 507(a)(2–10) Priority Claims other than DSO's:

| Name | Claim Description | Claim Amount |
|---|---|---|
| IRS | Income Tax Liability | $17,722.24 |

<u>TAKE NOTICE:</u>  Your rights may be affected. You should read this amendment to the Chapter 13 Plan carefully, including any motions contained in the amended plan, and discuss them with your attorney, if you have one, in this bankruptcy case.  If you do not have an attorney, you may wish to consult one.

If you do not want the Court to confirm the proposed plan of the debtor or debtors ("Debtor") as amended, including any of the motions included in the amended plan, or if you want the Court to consider your views on these matters, then you or your attorney must file with the Court a written objection to confirmation and request for hearing on confirmation at the following addresses:

Cases filed in the **Charlotte, Shelby, or Statesville** Divisions:

Clerk, U.S. Bankruptcy Court, 401 West Trade St., Room 111, Charlotte, N.C. 28202

Cases filed in the **Asheville or Bryson City** Divisions:

Clerk, U.S. Bankruptcy Court, Room 112, 100 Otis Street, Asheville, N.C. 28801

Your objection to confirmation and request for hearing must include the specific reasons for your objection and must be filed with the Court no later than 14 days following the conclusion of the § 341 meeting of creditors, or within 14 days of service of the amendment, whichever is later.  If you mail your objection to confirmation to the Court for filing, you must mail it early enough so that the Court will receive it on or before the deadline stated above.  You must also serve a copy of your objection to confirmation on the Debtor at the address listed in the notice of the meeting of creditors.  The Debtor's attorney and the Chapter 13 Trustee will be served electronically.  If any objections to confirmation are filed with the Court, the objecting party will provide written notice of the date, time, and location of the hearing.  No hearing will be held unless an objection to confirmation is filed.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the proposed plan of the Debtor as amended, including any motions contained in the amended plan, and may enter an order confirming the amended plan and granting the motions.  **Any creditor's failure to object to confirmation of the proposed plan as amended shall constitute the creditor's acceptance of the treatment of its claim as proposed, pursuant to 11 U.S.C. § 1325(a)(5)(A).**

I declare under penalty of perjury that the information provided in the Amendment to Chapter 13 Plan, including Notice of Motion(s) for Valuation; Motion(s) to Avoid Certain Liens; and Motion(s) for Assumption and Rejection of Executory Contracts and Unexpired Leases; are true and correct as to all matters set forth herein.

Dated: September 13, 2016                                           Gordon Thompson Ray
                                                                                        Debtor's Signature

I hereby certify that I have reviewed this document with the Debtor and that the Debtor has received a copy of this document.

Dated: September 13, 2016                                           Kerry L. Balentine
                                                                                        Attorney for the Debtor

CERTIFICATE OF SERVICE

This is to certify that I have this day served each party or counsel of record indicated on the list attached hereto in the foregoing matter with a copy of this Chapter 13 Plan by depositing in the United

States mail a copy of same in a properly addressed envelope with first class postage thereon.  Attorneys were served electronically

    This the 13th day of September, 2016.

                                          <u>Kerry L. Balentine</u>
                                          Attorney Name and Address
                                          N.C. State Bar No. 41032

```
Label Matrix for local noticing         Charlotte Division                    (p)BB AND T
0419-3                                   401 West Trade Street                 PO BOX 1847
Case 16-31189                            Charlotte, NC 28202-1633              WILSON NC 27894-1847
Western District of North Carolina
Charlotte
Fri Jul 22 14:06:07 EDT 2016

Bank of America                          Bryan W. Stone                        Citi Cards
4161 Piedmont Parkway                    Arnold & Smith, PLLC                  PO Box 6241
PO Box 8110                              200 N. McDowell St                    Sioux Falls, SD 57117-6241
Greensboro, NC 27419-0110                Charlotte, NC 28204-2213


Green Tree                               (p)INTERNAL REVENUE SERVICE           IRS
PO Box 6172                              CENTRALIZED INSOLVENCY OPERATIONS     PO Box 7346
Rapid City, SD 57709-6172                PO BOX 7346                           Philadelphia, PA 19101-7346
                                         PHILADELPHIA PA 19101-7346


Ingrid Ray                               James Clark                           Moore County Tax Department
304 Hannah Way                           135 Applecross Rd                     PO Box 457
Bridgewater, NJ 08807-5659               Pinehurst, NC 28374-8521              Carthage, NC 28327-0457


North Carolina Department of Revenue     (p)PORTFOLIO RECOVERY ASSOCIATES LLC  Selene Finance
Bankruptcy Unit                          PO BOX 41067                          PO Box 422039
PO Box 1168                              NORFOLK VA 23541-1067                 Houston, TX 77242-4239
Raleigh, NC 27602-1168


Thomas McDonald                          Gordon Thompson Ray                   Kerry L. Balentine
Brock & Scott, PLLC                      4 Scarborough Place                   MaxGardnerLaw PLLC
5431 Oleander Dr., Suite 200             Pinehurst, NC 28374-6873              615 S. Dekalb St.Ste. A
Wilmington, NC 28403-5857                                                      Shelby, NC 28150-6185


Warren L. Tadlock
5970 Fairview Road, Suite 650
Charlotte, NC 28210-2100
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
BB&T                                     IRS                                   Portfolio Recovery
P.O. Box 1847                            Attn:  Insolvency Unit                120 Corporate Blvd
Wilson, NC 27894-1847                    320 Federal Place                     Norfolk, VA 23502
                                         Room 335
                                         Greensboro, NC 27401
```

End of Label Matrix
Mailable recipients    18
Bypassed recipients     0
Total                  18