

FILED & JUDGMENT ENTERED
Steven T. Salata

November 29 2017

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

IN RE:

Gordon Thompson Ray

SSN#: XXX-XX-5962

Chapter 13
CASE NO:   16-31189
Related Document #: 50

**ORDER**

ON 11/28/2017,  AFTER NOTICE, THIS MATTER CAME ON FOR CONSIDERATION WITHOUT PROTEST UPON:

Trustee's Objection  to Claim Number: 3 MTGLQ Investors LP for $926.54 - Trustee Claim #22

  **AND, THIS COURT FINDS** that:

Relief from stay has been granted with respect to property upon which claimant holds a lien.

  **IT IS, THEREFORE, ORDERED** that:

Claimant is allowed 180 days to file claim for deficiency.

Objection is Sustained

This Order has been signed electronically,
pursuant to administrative order of the Court.
Effective as of date of entry.

  Laura T. Beyer
  UNITED STATES BANKRUPTCY COURT JUDGE

{:20171129124057:}